BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ELMER A. CIGARROA,<br><br>        Defendant. | No. 2:12-CR-00175-EFB<br><br>ORDER CONTINUING TRIAL CONFIRMATION HEARING, CONTINUING JURY TRIAL, AND EXCLUDING TIME UNDER LOCAL CODE T4<br><br>Date:    June 25, 2012<br>Time:    10:00 a.m.<br>Judge:   Hon. Edmund F. Brennan |

It is hereby ordered that the Trial Confirmation Hearing set for June 25, 2012, be continued to August 6, 2012, at 2:00 p.m., and that the Jury Trial set for July 10, 2012, be continued to August 28, 2012, at 9:30 a.m.  Time is excluded from today's date through August 6, 2012 under Local Code T4 to allow adequate time for defense preparation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: June 21, 2012

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE