```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00175-EFB |
| Plaintiff, | ORDER VACATING TRIAL CONFIRMATION HEARING, VACATING JURY TRIAL, AND SETTING CHANGE OF PLEA |
| v. | |
| ELMER A. CIGARROA, | Date:  August 6, 2012 |
| | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

It is hereby ordered that the Trial Confirmation Hearing set for August 6, 2012, be vacated, that the Jury Trial set for August 28, 2012, be vacated, and that a Change of Plea be set for August 27, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 3, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE