1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:12-CR-00175-EFB
                                 )
12            Plaintiff,         ) ORDER CONTINUING CHANGE OF PLEA
                                 ) AND EXCLUDING TIME UNDER LOCAL
13      v.                       ) CODE T4
                                 )
14 ELMER A. CIGARROA,            ) Date:    August 27, 2012
                                 ) Time:    10:00 a.m.
15            Defendant.         ) Judge:   Hon. Edmund F. Brennan
                                 )
16 _____ )

17

18      It is hereby ordered that the Change of Plea scheduled for August

19 27, 2012, at 10:00 a.m., be continued to October 10, 2012, at 2:00 p.m.

20 Time is excluded from today's date through October 10, 2012, under

21 Local Code T4 to allow adequate time for defense preparation.  The

22 Court finds that the ends of justice served by granting this

23 continuance outweigh the best interests of the public and the defendant

24 in a speedy trial.

25      IT IS SO ORDERED.

26 Dated: August 20, 2012        _____
                                 EDMUND F. BRENNAN
27                               UNITED STATES MAGISTRATE JUDGE

28