BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-00175-EFB |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CHANGE OF PLEA |
| ) | AND EXCLUDING TIME UNDER LOCAL |
| v. ) | CODE T4 |
| ) | |
| ELMER CIGARROA, ) | Date: October 10, 2012 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

It is hereby ordered that the change of plea set for October 10, 2012 at 2:00 p.m. be continued to November 26, 2012 at 10:00 a.m. Time is excluded from today's date through November 26, 2012, under Local Code T4 to allow adequate time for defense preparation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE