1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) No. 2:12-cr-00175-EFB
                                   )
            Plaintiff,             ) [PROPOSED] ORDER CONTINUING
                                   ) CHANGE OF PLEA AND EXCLUDING TIME
     v.                            ) UNDER LOCAL CODE T4
                                   )
ELMER CIGARROA,                    ) Date:   January 14, 2013
                                   ) Time:   10:00 a.m.
            Defendant.             ) Judge:  Hon. Edmund F. Brennan
_____)

It is hereby ordered that the change of plea set for January 14, 2013 at 10:00 a.m. be continued to February 25, 2013 at 10:00 a.m. Time is excluded from today's date through February 25, 2013, under Local Code T4 to allow adequate time for defense preparation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 4, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE