```
1    JOSEPH SCHLESINGER, Bar# 87692
     Acting Federal Defender
2    LINDA HARTER, Bar# 179741
     Chief Assistant Federal Defender
3    CHARLES YOUNG
     Certified Student Attorney
4    801 I Street, 3rd Floor
     Sacramento, California  95814
5    Telephone (916) 498-5700

6    Attorney for Defendant
     Elmer Cigarroa
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-175 EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO CONTINUE CHANGE OF PLEA AND** |
| v. | ) **EXCLUDE TIME** |
| Elmer Cigarroa, | ) |
| | ) DATE: April 1, 2013 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through CHRIS CHANG, Special Assistant U.S. Attorney; defendant Elmer Cigarroa by and through his counsel, Charles Young, Certified Student Attorney, and Linda Harter, Chief Assistant Federal Defender; that the Change of Plea set for Monday, February 25, 2013 be continued to Thursday, April 1, 2013 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order until the date of the change of plea set for April 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 21, 2013
Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
Elmer Cigarroa

/s/ Charles Young
CHARLES YOUNG
Certified Student Attorney
Counsel for Defendant
Elmer Cigarroa

DATED: February 21, 2013
BENJAMIN B. WAGNER
United States Attorney

/S/ Chris Chang
Chris Chang
Special Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking

| | |
|---|---|
| 1 | into account the exercise of due diligence.  The Court finds that the |
| 2 | ends of justice to be served by granting the requested continuance |
| 3 | outweigh the interests of the public and defendant in a speedy trial. |
| 4 |     The Court orders that the time from the date of the parties |
| 5 | stipulation, up to and including April 1, 2013, shall be excluded from |
| 6 | computation of time within which the trial of this case must be |
| 7 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. |
| 8 | § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is |
| 9 | further ordered that the February 25, 2013 change of plea shall be |
| 10 | continued until April 1, 2013, at 10:00 a.m. |

DATED:   February 21, 2013

_____
Hon. Edmund F. Brennan
United States Magistrate Judge